**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 4:19CR00488 |
| ) | |
| ) | |
| LISA L. HURLEY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE TO THE COURT

COMES NOW, Defendant, by and through counsel, and provides the Court with pertinent sections of the Transcript of Evidentiary Hearing September 22, 2020 ("Tr."), which begin at page 41 line 11 of the transcript and continue through page 43 line 16 of the transcript. The pertinent portions of the transcript and the section mentioned above are as follows:

1. Detective Wilcox testified that, at the time he entered the store, Ms. Hurley was standing behind the counter in an enclosed room which had a glass divider and a door that read "Employees Only." Tr. 42:2–43:1

2. Detective Wilcox testified that upon entering the store he announced his presence and advised Ms. Hurley as to his purpose for being there, which was to affect the Wanted and arrest her. Tr. 41:24–42:1, 43:2-4.

3. When asked, "Did you then go inside the area where she was and where the door said Employees Only?" Detective Wilcox responded, "Myself and other Detectives, yes." Tr. 43:5-7.

4. When asked what happened after he went inside the room with the "Employees Only" door, Detective Wilcox testified, "I took her into custody relative to the Wanted while the other detectives were finishing conducting the safety sweep of another room that was attached to that room which we entered, where she was standing." Tr. 43:8-12.

Respectfully Submitted,

/s/ Joshua D. Lohn
Joshua D. Lohn, #69578MO
1114 Market St., Rm 602
St. Louis, MO 63101
PH: 314-710-1613

## Certificate of Service

      I hereby certify that on the 13th day of January 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all attorneys of record.